

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-70-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 7/20/2022 5:21:09 PM
Transaction ID: 68951

Request New Judge     Return