UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



UNITED STATES OF AMERICA                   PLAINTIFF

v.                             3:22-CR-70-DJH

JALYN REDD                                       DEFENDANT
DAYVEON WILLOCK

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Emily C. Lantz hereby enters her appearance of record on behalf of the United States of America.

                                   Respectfully submitted,

                                   MICHAEL A. BENNETT
                                   United States Attorney

                                   /s/ Emily Lantz
                                   _____
                                   Emily C. Lantz
                                   Assistant United States Attorney
                                   717 West Broadway
                                   Louisville, Kentucky 40202
                                   (502) 779-2780
                                   Emily.Lantz@usdoj.gov