

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            3:22-CR-70-DJH

JALYN REDD            DEFENDANT
DAYVEON WILLOCK

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Ann Marie Blaylock hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*Ann M Blaylock*

Ann Marie Blaylock
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
ann.blaylock3@usdoj.gov