UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
JUL 20 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                          CRIMINAL ACTION NO. 3:22-CR-70-DJH

JALYN REDD                                                            DEFENDANT
DAYVEON WILLOCK

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Ann Marie Blaylock, Assistant United States Attorneys for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 20th day of July, 2022, charging the above-named defendants with violations of Title 18, United States Code, Sections 2119(1) and 2, and sections 1951(a) and 2, be kept secret until the defendants are in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendants are in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendants.

MICHAEL A. BENNETT
United States Attorney

*/s/ Ann M Blaylock*

Ann Marie Blaylock
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202