UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                CRIMINAL ACTION NO. _3:22-CR-70-DJH_

JALYN REDD                                                  DEFENDANT
DAYVEON WILLOCK

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants

with violations of Title 18, United States Code, Sections 2119(1) and 2, and sections 1951(a) and

2, is hereby ORDERED to be kept secret until the defendants are in custody, or has given bail, or

the warrant for arrest is returned unexecuted, and no person shall disclose the return of this

indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance

and execution of warrant for the arrest of the defendants.

This ___20th___ day of July 2022.

_____
United States Magistrate Judge

**ENTERED**
**JAMES J. VILT, JR. - CLERK**

**JUL 20 2022**

**U.S. DISTRICT COURT**
**WEST'N. DIST. KENTUCKY**