# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**VS.**                                                     **CRIMINAL ACTION NUMBER: 3:22-CR-70-DJH**

**JALYN REDD**                                                                             **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on August 10, 2022 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Emily Lantz and Ann Marie Blaylock, Assistant United States Attorney |
| For the defendant: | Defendant Jalyn Redd – Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advised the Court that he would retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS FURTHER ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing on **August 12, 2022 at 2:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

Date: August 11, 2022                      **ENTERED BY ORDER OF THE COURT:**
                                                       **REGINA S. EDWARDS**
                                                       **UNITED STATES MAGISTRATE JUDGE**
                                                       **JAMES J. VILT, JR., CLERK**
                                                       **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

0|10