UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-70-DJH

JALYN REDD and
DAYVEON WILLOCK, Defendants.

\* \* \* \* \*

### ORDER

Defendant Dayveon Willock having filed an unopposed motion to continue the trial of this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to continue (Docket No. 23) is **GRANTED**. The trial of this matter, currently set for October 11, 2022, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**.

(2) This matter is set for a telephonic status conference on **October 11, 2022, at 1:30 p.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from September 16, 2022, to October 11, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v.*

1

2

*United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

September 17, 2022

David J. Hale, Judge
United States District Court

cc:   Jury Administrator