UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                              CRIMINAL ACTION NO. 3:22-CR-00070-DJH

JALYN REDD, et al.                                                                     DEFENDANTS

NOTICE OF APPEARANCE OF COUNSEL
- *Electronically Filed* -

Special Assistant United States Attorney Emily Lantz hereby enters her appearance of record on behalf of the United States of America. Please remove Ann Marie Blaylock as counsel of record in the above-styled case and she should also be removed from the electronic notification process.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Emily Lantz*
Special Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
Email: emily.lantz@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Emily Lantz*
Special Assistant U.S. Attorney