UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-70-DJH

JALYN REDD and
DAYVEON WILLOCK,　　　　　　　　　　　　　　　　　　　　　Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on November 9, 2022, with the following counsel participating:

    For the United States:    Amanda Gregory (for Emily Lantz)

    For Defendants:    John N. Miller
                            Aaron Dyke

The defendants were present. The Court and counsel discussed the procedural posture of the case. The United States reported that discovery is complete. Based on the discussion during the hearing, and without objection, it is hereby

**ORDERED** as follows:

(1) As to Defendant Redd, this matter is set for a status hearing on **December 1, 2022, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Counsel shall notify the Court in advance if the parties wish to convert the status hearing to a change of plea. If the parties do not anticipate converting the hearing, counsel shall confer in advance regarding a potential trial schedule.

(2) As to Defendant Willock, this matter is set for a change-of-plea hearing on **December 1, 2022, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

1

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from November 9, 2022, to December 1, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

November 9, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg