UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                              CRIMINAL NO. 3:22-CR-00070-DJH

JAYLN REDD                                                                            DEFENDANT

---

NOTICE OF APPEARANCE FOR THE DEFENDANT

---

Comes now Bradley Clark, and hereby serves notice of his Entry of Appearance as retained counsel in this matter, and states that she will represent the interests of JAYLN REDD in this action, and that all related notices, correspondence, pleadings, and all documents relating to this case should be sent to the undersigned.

Respectfully submitted,

/s Bradley Clark
Attorney for Mr. Redd
KBA #93070
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. Emily Lantz, Assistant United States Attorney.

/s Bradley Clark
Bradley Clark
Counsel for Mr. Redd