UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:22-CR-70-DJH

JALYN REDD
DAYVEON WILLOCK                                                     DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE
*Electronically Filed*

Assistant United States Attorney Marisa J. Ford hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Marisa J. Ford*
Marisa J. Ford
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5930
FAX: (502) 582-5067
Email: Marisa.Ford@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Marisa J. Ford*
Marisa J. Ford
Assistant U.S. Attorney