# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                                    **CRIMINAL NO. 3:22-CR-00070-DJH**

**JALYN REDD**                                                           **DEFENDANT**

## SENTENCING MEMORANDUM

The United States of America files its memorandum in support of sentencing in this action, currently scheduled for March 16, 2023. The United States does not plan to put on testimony at the hearing. For the reasons set forth below and to be addressed at the hearing, the government respectfully requests this Court sentence the defendant, Jalyn Redd, to a sentence of a term of imprisonment at the lowest end of the applicable Guideline range, followed by a term of supervised release of three years, and a special penalty assessment in the amount of $200.

        **I.**        **Facts Underlying the Offense of Conviction**

This case involves a serious violent crime, specifically, carjacking. On December 22, 2021, the victim, a pizza delivery driver, was lured to the location of the carjacking when Defendant Redd used his phone to place an order for a Domino's pizza delivery. When the occupant of the residence associated with the pizza delivery denied ordering a pizza, Redd and the co-defendant, Dayveon Willock, were parked behind the victim's car. As the victim returned to his vehicle, Defendant Willock got out of Redd's car armed with a Glock 9-millimeter handgun and demanded the keys to the victim's car, a black Ford Fusion, at gunpoint. The victim's car, the undelivered pizza, and pizza bag were stolen.

After call detail records for Redd and Willock put both of their phones in the immediate vicinity of the carjacking at the time of the robbery, the stolen car was found approximately one month after the robbery in the parking lot of a Super 8 motel near co-defendant Willock's last known apartment address. The stolen car had on it an expired Kentucky license plate for a car registered to Redd. When interviewed, Willock initially claimed that he'd found the keys to the stolen car on a wooded trail behind his apartment complex and had located the car by walking around the parking lot pressing the key fob to activate locks or lights. Willock denied knowing Redd. When Redd was arrested and interviewed on March 10, 2022, Redd admitted he took part in the carjacking and acted as a driver during the robbery. Redd also admitted his phone was used to place the online Domino's Pizza order which resulted in the carjacking.

## II.    Sentencing Argument

The government agrees with the Guideline calculations set forth by the United States Probation Office in the Presentence Investigation Report. Redd is a total Offense Level 24, Criminal History category I, with an advisory guideline range of 51-63 months. [DN 47, ¶50]. In accordance with the parties' Plea Agreement, the United States recommends a sentence of imprisonment of 51 months, followed by a term of supervised release of three years. [DN 38, Page ID # 72].

The factors set forth in 18 U.S.C. § 3553(a), including the nature and circumstances of the offense, the history and characteristics of defendant Redd, including his lack of prior criminal history, balanced against the need for the sentence imposed to reflect the seriousness of the conduct, support the recommended sentence of a term of imprisonment at the low end of the

applicable guideline range, that is, 51 months, followed by a term of supervised release of three years, and a special penalty assessment of $200.

                                                        Respectfully submitted,

                                                        RUSSELL M. COLEMAN
                                                        United States Attorney

                                                        *s/ Marisa J. Ford*
                                                        Marisa J. Ford
                                                        Assistant U.S. Attorney
                                                        717 West Broadway
                                                        Louisville, Kentucky  40202
                                                        PH:  (502) 582-5930
                                                        Marisa.ford@usdoj.gov

e